UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LONDA CURTIN and
EDWARD CURTIN,

    Plaintiffs,

v.                              Case No.: 8:18-cv-03089-VMC-AAS

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

### SUBPOENA DUCES TECUM FOR DEPOSITION

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

TO:    Corporate Representative of GULFCOAST SPINE INSTITUTE, INC. designated to testify about such entity's knowledge concerning the topics set forth in Schedule A below
Gulfcoast Spine Institute, Inc.
4211 W. Boy Scout Blvd., Suite 400,
Tampa, FL 33607

[handwritten: 8/9/19 8:50AM   CPS15-95-4979   RRe]

    **YOU ARE HEREBY COMMANDED** to appear before a person authorized by law to take discovery deposition scheduled for August 14, 2019 at 10:00 A.M., to be conducted at the offices of Cole, Scott & Kissane, PA, 4301 W. Boy Scout Blvd., Ste. 400, Tampa Florida 33067, and to have with you the following:

### SCHEDULE A

I.    **Areas of Inquiry**

1.    Policies and procedures in place at Gulfcoast Spine Institute, Inc. relative to patients initiating treatment and care at Gulfcoast Spine Institute, Inc. under Letters of Protection.

**COLE, SCOTT & KISSANE, P.A.**

EXHIBIT "A"

2. Policies and procedures in place at Gulfcoast Spine Institute, Inc. relative to collection of bills for patients treating at Gulfcoast Spine Institute, Inc. under Letters of Protection, including but not limited to:

   a. Whether the final amount collected can or will be reduced or written off.

   b. The factors which Gulfcoast Spine Institute, Inc. uses in determining whether a bill is eligible to be reduced or written off.

   c. The average amount by which bills incurred under Letter of Protection are ultimately reduced or written off by Gulfcoast Spine Institute, Inc.

4. Policies and procedures in place at Gulfcoast Spine Institute, Inc. relative to the sale of accounts receivable and/or the provision of medical funding, including but not limited to:

   a. Whether Gulfcoast Spine Institute, Inc. sells accounts receivable to other companies or business entities.

   b. The names of the companies or business entities to which Gulfcoast Spine Institute, Inc. sells accounts receivable.

   d. The factors that Gulfcoast Spine Institute, Inc. considers and uses in determining whether to sell a specific receivable or provide medical funding for a patient.

   e. The average amount for which receivables are sold, expressed as a percentage of the bill's total original value.

5. The percentage of patients treated by Gulfcoast Spine Institute, Inc. who are involved in active litigation or presuit litigation.

6. The percentage of patients treated by Gulfcoast Spine Institute, Inc. who receive treatment from Gulfcoast Spine Institute, Inc. under Letters of Protection.

7. The existence of any referral relationship between Gulfcoast Spine Institute, Inc. and any other medical, surgical, or chiropractic provider providing care and treatment for patient Londa K. Curtin.

8. The relationship between Gulfcoast Spine Institute, Inc., BioSpine, LLC, and BioSpine Institute, LLC.

9. The relationship between BioSpine, LLC, BioSpine Institute, LLC and Gulfcoast Spine Institute, Inc. as it pertains to the allocation of responsibility for the provision of anesthesia services to the patient, including but not limited to the administration of anesthetic agents, the continuous monitoring of the patient while the patient is under anesthesia, and the post-operative assessment of the patient following the performance of any procedures by Gulfcoast Spine Institute, Inc., BioSpine, LLC, or BioSpine Institute, LLC and their agents on the patient after the administration of any anesthetic agent to the patient.

10. The relationship between BioSpine, LLC, BioSpine Institute, LLC, and Gulfcoast Spine Institute, Inc. as it pertains to the allocation of responsibility for any medical emergency arising during the course of any procedure performed by Gulfcoast Spine Institute, Inc., BioSpine, LLC, or BioSpine Institute, LLC after the administration of any anesthetic agent to the patient.

11. The information contained within the documents produced pursuant to the Duces Tecum list that appears below.

12. Any agreement between Gulfcoast Spine Institute, Inc. and the surgery center where any procedure was performed on patient Londa K. Curtin, including any interest held by Gulfcoast Spine Institute, Inc. in the account receivable corresponding to charges assessed by the surgery center for care and anesthesiology services provided to patient Londa K. Curtin at the surgery center, and any interest held by the surgery center in the account receivable corresponding to charges assessed by Gulfcoast Spine Institute, Inc. for care, anesthesiology services, and treatment provided to patient Londa K. Curtin by Gulfcoast Spine Institute, Inc. at the surgery center.

II. **Duces Tecum List: Records to be produced**

1. All records reflecting the agreements between Gulfcoast Spine Institute, Inc., BioSpine, LLC, and BioSpine Institute, LLC concerning the performance of procedures by Gulfcoast Spine Institute, Inc., BioSpine, LLC, BioSpine Institute, LLC and their agents at the surgery center, which were effective in 2018.

2. All Letters of Protection issued by Plaintiff's Counsel to Gulfcoast Spine Institute, Inc. for the past three (3) years.

3. All emails or other written correspondence to or from Gulfcoast Spine Institute, Inc. regarding Plaintiff Londa K. Curtin.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2019, I furnished a true and accurate copy of the foregoing document via e-mail to Counsel of record for Plaintiffs, Mr. T. J. Grimaldi, Esq., of McIntyre, Thanasides, Bringgold, Elliot, Grimaldi, Guito & Matthews, P.A., 500 East Kennedy Blvd., Suite 200, Tampa, FL 33602, (813) 226-1069 (T), (813) 225-1221 (F), servicepi@mcintyrefirm.com, tj@mcintyrefirm.com, Attorneys for Plaintiffs.

                                        COLE, SCOTT & KISSANE, P.A.
                                        *Counsel for Defendant GEICO*
                                        *General Insurance Company*
                                        4301 West Boy Scout Boulevard
                                        Suite 400
                                        Tampa, Florida 33607
                                        Telephone (813) 509-2613
                                        Facsimile (813) 286-2900
                                        Primary e-mail: daniel.shapiro@csklegal.com
                                        Secondary e-mail: mark.tinker@csklegal.com
                                        Alternate e-mail:
                                        elisabeth.fontugne@csklegal.com

                              By:   s/ Elisabeth A Fontugne
                                    DANIEL A. SHAPIRO
                                    Florida Bar No.: 965960
                                    MARK D. TINKER
                                    Florida Bar No.: 585165
                                    ELISABETH A FONTUGNE
                                    Florida Bar No.: 115954